Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Heather Phillips, Esq. (SBN 258638)
hphillips@younessilaw.com
Diana Karapetyan, Esq. (SBN 341633)
dkarapetyan@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff MIA LOPEZ

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:  916-840-3150
Facsimile:  916-840-3159

Attorneys for Defendants
WAL-MART ASSOCIATES, INC., WALMART INC., and GINA PACHECO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA LOPEZ, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; WALMART INC., a Delaware corporation; PENNY SEVILLA, an individual; GINA PACHECO, an individual; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.:  3:24-cv-00302-GPC-MMP<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff MIA LOPEZ ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC., et al., ("Defendant") (collectively the "Parties"), acting through counsel, hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii), as follows:

WHEREAS, the Parties have resolved Plaintiff's claims; and

WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims against Defendants with prejudice.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record that this action shall be and hereby is dismissed with prejudice pursuant to Federal Code of Civil Procedure 41(a), with each party to bear her/its own attorneys' fees and costs.

Dated: May 20, 2024            LAW OFFICES OF RAMIN R.
                               YOUNESSI, APLC

                        By:    /s/ Ramin R. Younessi
                               Ramin R. Younessi, Esq.
                               Heather N. Phillips, Esq.
                               Attorneys for Plaintiff
                               MIA LOPEZ


Dated: May 20, 2024            OGLETREE, DEAKINS, NASH,
                               SMOAK & STEWART, P.C.

                        By:    /s/ James T. Conley
                               James T. Conley, Esq.
                               Attorney for Defendant
                               WAL-MART ASSOCIATES, INC.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2024

LAW OFFICES OF RAMIN R. YOUNESSI, APLC

By: */s/ Heather N. Phillips*
Ramin R. Younessi, Esq.
Heather N. Phillips, Esq.
Attorneys for Plaintiff
MIA LOPEZ

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was on May 20, 2024, served upon all counsel of record as follows:

| | |
|---|---|
| JAMES T. CONLEY, ESQ.<br>james.conley@ogletreedeakins.com<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>400 Capitol Mall Suite 2800<br>Sacramento, CA 95814<br>**BY EMAIL ONLY** | Attorneys for Defendant<br>*WAL-MART ASSOCIATES, INC.;*<br>*WALMART INC.; and GINA*<br>*PACHECO* |
| Penny Sevilla<br>250 Wildcat Dr<br>Brawley, CA 92227<br>**BY MAIL ONLY** | Defendant |

☒ <u>BY NOTICE OF ELECTRONIC FILING:</u> The above-listed counsel has consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ BY MAIL:

☒ I deposited each envelope in the mail at Los Angeles, California, with postage thereon fully prepaid.

☒ I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at our business address in Los Angeles, California. Each of the above envelopes was sealed and placed for collection and mailing on that date following ordinary business practices.

Executed on May 20, 2024, at Los Angeles, California.

☒ FEDERAL   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: <u>/s/ Christian Ortiz</u>